**Milton N. HAYES, Petitioner–Appellant,**

v.

**Anthony HEDGPETH, Warden and Salinas Valley State Prison, Respondents–Appellees.**

No. 12–17630.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 12, 2015.*

Filed Jan. 21, 2015.

Amitai Schwartz, Law Offices of Amitai Schwartz, Emeryville, CA, for Petitioner–Appellant.

Milton N. Hayes, Stockton, CA, pro se.

Pamela Kay Critchfield, Deputy Attorney General, Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

### MEMORANDUM **

Petitioner Hayes appeals from the district court judgment denying his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Hayes challenges his California conviction for first-degree murder, arguing that his pre-arrest statements to

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

police should have been suppressed under *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966). We have jurisdiction pursuant to 28 U.S.C. § 2253, and, reviewing the district court's decision de novo, we affirm.

We must deny Hayes's petition unless the decision of the California Court of Appeal "(1) . . . was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or (2) . . . was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d).

The decision of the California Court of Appeal was not contrary to any principle of law clearly established by Supreme Court precedent, nor did it involve an unreasonable application of any such principle. Because some of the facts in this case weigh in favor of a finding that Hayes was in custody when he was interrogated while other facts weigh against such a finding, fairminded jurists could disagree over whether Hayes was in custody. *Yarborough v. Alvarado*, 541 U.S. 652, 664–65, 124 S.Ct. 2140, 158 L.Ed.2d 938 (2004). Thus, the California Court of Appeal's decision was not unreasonable. *Harrington v. Richter*, 562 U.S. 86, 131 S.Ct. 770, 786–87, 178 L.Ed.2d 624 (2011). Nor was the California Court of Appeal's decision based on an unreasonable determination of the facts. *Wood v. Allen*, 558 U.S. 290, 301, 130 S.Ct. 841, 175 L.Ed.2d 738 (2010).

**AFFIRMED.**

---

\* The Honorable Frederic Block, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.